

# Fourth Court of Appeals
## San Antonio, Texas

September 19, 2018

No. 04-18-00293-CV

**ALLSTATE INSURANCE COMPANY**,
Appellant

v.

Daniel Wes **IRWIN**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI03490
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

The reporter's records were due June 4, 2018. Court reporter Kristin Anderson filed her motion of the reporter's record on June 5, 2018, and after receiving a Rule 37.3 notice from this court, court reporter Erminia Uviedo filed her portion on August 14, 2018. The only court reporter listed in appellant's docketing statement was court reporter Mary Helen Vargas, but she advised this court she took no portion of the record. Upon investigation by this court, we determine court reporter Decline Benavides transcribed the remaining portion of the record, but had failed to file it in this court. Accordingly, August 31, 2018, we notified Ms. Benavides that her portion of the reporter's record was late. The court reporter responded to our notice by filing a notification of late record, stating that the record was not filed because appellant has not paid or made arrangements to pay the reporter's fee to prepare the record and that appellant is not entitled to the record without paying the fee. *See* TEX. R. APP. P. 34.6(b), 35.3(b).

In response to the reporter's notification, we ordered appellant to provide written proof to this court that either (1) the reporter's fee has been paid or arrangements satisfactory to the reporter have been made to pay the reporter's fee, or (2) appellant is entitled to the record without prepayment of the reporter's fee. *See id.* R. 35.3(b). Appellant filed a response in which it verifies that it has provided payment to Ms. Benavides. Accordingly, we **ORDER** court reporter Decline Benavides to file her portion of the reporter's record in this court **on or before October 19, 2018.**

We **order** the clerk of this court to serve a copy of this order on all counsel and court reporter Decline Benavides.

_____
Marialyn Barnard, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of September, 2018.



_____
KEITH E. HOTTLE,
Clerk of Court